JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHLOE GOINS, | Case No. CV 16-3523-GW(JCx) |
| Plaintiff, | Hon. George H. Wu |
| vs. | **ORDER APPROVING JOINT STIPULATION REGARDING WITHDRAWAL OF REMOVAL AND REMAND TO STATE COURT** |
| WILLIAM H. COSBY, JR. AND HUGH M. HEFNER, | |
| Defendants. | Ctrm:   10 |

1  The parties have jointly filed a stipulation and request for the Court to remand
2  this matter back to the Los Angeles County Superior Court, California, where it was
3  originally filed prior to being removed to this Court. Based upon the representations
4  of counsel as contained in the Joint Stipulation, the Court finds the parties' request
5  to be appropriate. Consequently, for the reasons set forth in the parties' stipulation,
6  the Court hereby **ORDERS** that this matter be remanded back to the Los Angeles
7  County Superior Court, California. The parties shall bear their own costs.

8  **IT IS SO ORDERED**,

10  DATED:  August 19, 2016

_____
GEORGE H. WU, U.S. District Judge

47612.002-3249738                                              1                          Case No. 2:16-cv-3523-GW-JC
[PROPOSED] ORDER APPROVING JOINT STIPULATION REGARDING WITHDRAWAL OF REMOVAL
AND REMAND TO STATE COURT